# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-10643   In re: Thomas Richards
                          USDC No. 3:25-CV-916

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Lisa E. Ferrara, Deputy Clerk
                          504-310-7675

cc w/encl:
    Ms. Kimberly C. Priest Johnson
    Ms. Lisa Weingarten Richards
    Mr. Kenneth Michael Trujillo-Jamison